UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAUL GONZALES DAVILA, | : | |
| Plaintiff, | : | CASE NO. 23-CV-512-SRU |
| v. | : | |
| ROBLEN, LLC f/b/a VICOLO PIZZA RESTAURANT and VIKTOR BERISHA, | : | |
| Defendants. | : | DECEMBER 17, 2025 |

## STATUS REPORT

The undersigned writes to the Court to provide a status report pursuant to its order entered on November 25, 2025 requesting such a report from counsel to the parties. In response to the Court's order, on December 4, 2025, undersigned counsel wrote to the defendants both by text (clients' preferred form of communication) and letter sent by U.S. Mail to convey the contents of the order and to request a day and time to speak about next steps. Defendants did not respond to undersigned's communications. Undersigned counsel, along with co-counsel, Trevor Doyon, also communicated with plaintiff's counsel last week in order to obtain a settlement demand that we could convey to the defendants, as the Court appeared focused on a further attempt by the parties to explore a resolution of the case. On December 10, 2025, we conveyed that settlement demand to defendants through text (again, the clients' preferred form of communication) and to date we have received no answer. It is clear that at this point defendants have chosen not to engage further with undersigned counsel and co-counsel Trevor Doyon. The

1

current impasse in the attorney-client relationship between the defendants and counsel of record

further supports the bases for the pending motions to withdraw as counsel.

We thank the Court for its consideration of these matters.

Respectfully Submitted,


BY: __/s/Chad L. Edgar_____
Chad L. Edgar
CT30146
EDGAR LAW LLC
175 Montowese Street
Branford, CT 06405
Phone: 203.208.1017
Fax: 203.405.0843
Email: cedgar@edgarlaw.com

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also mailed to the following who is both an individual defendant and representative of Roblen, LLC:

Viktor Berisha
584 Old Stamford Road
New Canaan, CT 06840

\_\_/s/\_Chad L. Edgar_____
Chad L. Edgar

3