**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RAUL GONZALES DAVILA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROBLEN, LLC f/d/b/a VICOLO PIZZA RESTAURANT and VIKTOR BERISHA,<br><br>　　　Defendants. | CIVIL ACTION NO.<br>3:23-CV-00512 (SRU)<br><br><br><br>December 28, 2025 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, Stephanie L. Stich, Esq., respectfully moves for leave to withdraw as counsel admitted pro hac vice for plaintiff Raul Gonzales-Davila (the "Plaintiff").

Good cause exists for the withdrawal of the undersigned, who was admitted pro hac vice as co-counsel for Plaintiff and has since transitioned to a law firm. Plaintiff expressly consents to this withdrawal, as shown in Exhibit A. Lead counsel, Attorney David P. Stich, remains actively involved in the representation and will continue to advance the litigation without disruption. No delay or prejudice will result from the granting of this motion.

1

Dated: December 28, 2025

RESPECTFULLY SUBMITTED,

_____/s/ phv207512_____

Stephanie L. Stich, Esq.
Federal Bar No.: phv207512
1234 Summer Street, Third Floor
Stamford, CT 06905
Tel: (203) 992-1202
Fax: (203) 992-1203
stephaniestichesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ phv207512

_____
Stephanie L. Stich, Esq.

2