## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RAUL GONZALES DAVILA,

        Plaintiff,

v.                              **Case No. 3:23-cv-00512-SRU**

ROBLEN, LLC f/b/a VICOLO PIZZA
RESTAURANT and VIKTOR BERISHA,

        Defendants.

### NOTICE OF PRO SE APPEARANCE

I, Viktor Berisha, hereby notify the Court that I am appearing pro se in this matter as I am unable to afford continued legal representation and will represent myself for the remainder of these proceedings.

**Contact Information for Service and Notice:**

Viktor Berisha
584 Old Stamford Road
New Canaan, CT 06840
Email: berishaln@gmail.com

Dated: January 27, 2026

_____
Viktor Berisha, Pro Se
584 Old Stamford Road
New Canaan, CT 06840

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, a true and correct copy of the foregoing Notice of Pro Se Appearance was mailed via USPS:

David P. Stich, Esq.
Stephanie L. Stich, Esq.
1234 Summer Street, 3rd Floor
Stamford, CT 06905

Viktor Berisha, Pro Se
584 Old Stamford Road
New Canaan, CT 06840